5/06
Form: Pro Hac Vice

## IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

)
)  Case No.
)
)
v.                                    )  APPLICATION FOR ADMISSION
)  PRO HAC VICE
)
)
)  Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, _____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of _____.

The applicant hereby attests as follows:

1. Applicant resides in _____, and practices at the following address and phone number _____

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                                                          Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. _____, a member in good standing of the bar of this court, of the firm of _____, practices at the following office address and phone number:

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this _____ day of _____, _____.

_____                      _____
Applicant                                  Designee

Signed under penalty of perjury.

**List of Court Admissions for Scarlet Kim**

| Court Name | Admission Date |
| --- | --- |
| U.S. District Court for the District of Columbia | June 10, 2020 |
| U.S. District Court for the Eastern District of New York | April 5, 2016 |
| U.S. District Court for the Southern District of New York | April 5, 2016 |
| U.S. Court of Appeals for the First Circuit | November 18, 2016 |
| U.S. Court of Appeals for the Second Circuit | January 9, 2018 |
| U.S. Court of Appeals for the Third Circuit | May 19, 2017 |
| U.S. Court of Appeals for the Seventh Circuit | March 3, 2017 |
| U.S. Court of Appeals for the Ninth Circuit | June 8, 2017 |