5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
|  | )  Case No. |
|  | ) |
| v. | )  APPLICATION FOR ADMISSION |
|  | )  PRO HAC VICE |
|  | ) |
|  | )  Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, _____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of _____.

The applicant hereby attests as follows:

1. Applicant resides in _____, and practices at the following address and phone number _____

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. _____, a member in good standing of the bar of this court, of the firm of _____, practices at the following office address and phone number:

_____

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this _____ day of _____, _____.

_____                _____
Applicant                                               Designee

Signed under penalty of perjury.

## **List of Court Admissions for Andrew Beck**

| Court Name | Admission Date |
| --- | --- |
| New York State, Appellate Division, First Department | July 7, 2009 |
| U.S. District Court for the Southern District of New York | June 7, 2011 |
| U.S. Court of Appeals for the First Circuit | April 30, 2012 |
| U.S. Court of Appeals for the Third Circuit | July 15, 2010 |
| U.S. Court of Appeals for the Fourth Circuit | February 22, 2011 |
| U.S. Court of Appeals for the Sixth Circuit | October 5, 2017 |
| U.S. Court of Appeals for the Seventh Circuit | August 10, 2017 |
| U.S. Court of Appeals for the Ninth Circuit | November 21, 2012 |
| U.S. Court of Appeals for the Eleventh Circuit | September 17, 2014 |
| U.S. Supreme Court | December 7, 2015 |