5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| _____ ) | Case No. |
| v.                                                  ) | APPLICATION FOR ADMISSION PRO HAC VICE |
| _____ ) | Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, _____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of _____.

The applicant hereby attests as follows:

1. Applicant resides in _____, and practices at the following address and phone number _____

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. _____, a member in good standing of the bar of this court, of the firm of _____, practices at the following office address and phone number: _____

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this _____ day of _____, _____.

_____    _____
Applicant                                                                           Designee

Signed under penalty of perjury.

## List of Court Admissions for Elizabeth Gyori

| Court Name | Admission Date |
| --- | --- |
| State of New York | April 22, 2020 |
| Eastern District of New York | January 29, 2021 |
| Southern District of New York | June 14, 2021 |
| Tenth Circuit Court of Appeals | May 9, 2023 |