5/06
Form: Pro Hac Vice

## IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| _____ ) | Case No. _____ |
| ) |  |
| v. ) | APPLICATION FOR ADMISSION |
| ) | PRO HAC VICE |
| _____ ) | Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, _____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of _____.

The applicant hereby attests as follows:

1. Applicant resides in _____, and practices at the following address and phone number _____

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                                                                 Dates:
_____                      _____
_____                      _____
_____                      _____
_____                      _____

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. _____, a member in good standing of the bar of this court, of the firm of _____, practices at the following office address and phone number:
_____
_____

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this _____ day of _____, _____.

_____        _____
Applicant                                                      Designee

Signed under penalty of perjury.

## **List of Court Admissions for Seth F. Kreimer**

| Court Name | Admission Date |
| --- | --- |
| State of Pennsylvania | 1977 |
| Eastern District of Pennsylvania | 1977 |
| Court of Appeals for the Third Circuit | 1977 |
| Supreme Court of the United States | 1992 |