5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

IDAHO FEDERATION OF TEACHERS, )
et al., )
 )  Case No.
 )
v. )
 )  APPLICATION FOR ADMISSION
RAÚL LABRADOR, in his official capacity )  PRO HAC VICE
as Attorney General of the State of Idaho, et )
al. )
 )  Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Margaret Babad, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Plaintiffs.

The applicant hereby attests as follows:

1. Applicant resides in New York, and practices at the following address and phone number Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020 Tel.: (212) 906-1200

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| New York State Courts | June 28, 2021 |
| U.S. Court of Appeals for the 2nd Circuit | March 8, 2022 |
| U.S. Court of Appeals for the 9th Circuit | July 1, 2022 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Erika Birch, a member in good standing of the bar of this court, of the firm of Strindberg Scholnick Birch Hallam Harstad Thorne, practices at the following office address and phone number: 1516 W. Hays St., Boise, ID 83702; (208) 336-1788

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this  8  day of August 2023.

_____          _____
Applicant                                                                  Designee

Signed under penalty of perjury.