5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

IDAHO FEDERATION OF TEACHERS,
et al.,

    v.

RAÚL LABRADOR, in his official capacity
as Attorney General of the State of Idaho, et
al.

)
)
)
)
)
)
)
)
)

Case No.

APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho,

Margaret Babad _____, hereby applies for admission pro hac vice to appear and participate

in this case on behalf of  Plaintiffs _____.

The applicant hereby attests as follows:

    1. Applicant resides in New York _____, and practices at the following

address and phone number  Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020

Tel.: (212) 906-1200

    2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
| --- | --- |
| New York State Courts | June 28, 2021 |
| U.S. Court of Appeals for the 2nd Circuit | March 8, 2022 |
| U.S. Court of Appeals for the 9th Circuit | July 1, 2022 |

    3. Applicant is in good standing and eligible to practice in said courts.

    4. Applicant is not currently suspended or disbarred in any other courts.

    5. Erika Birch _____, a member in good standing of the bar of this court, of the firm of

Strindberg Scholnick Birch Hallam Harstad Thorne , practices at the following office address and phone number:

1516 W. Hays St., Boise, ID 83702; (208) 336-1788

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents
to this designation by signing this application.

Dated this __8__ day of August _____ 2023.

_____
Applicant

Signed under penalty of perjury.

/s/ Erika Birch
_____
Designee