5/06
Form: Pro Hac Vice

# IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS, et al., <br><br> v. <br><br> RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al. | Case No. <br><br> APPLICATION FOR ADMISSION PRO HAC VICE <br><br> Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, **Amanda Barnett**, hereby applies for admission pro hac vice to appear and participate in this case on behalf of **Plaintiffs**.

The applicant hereby attests as follows:

1. Applicant resides in **Los Angeles, California**, and practices at the following address and phone number **Latham & Watkins, LLP, 355 South Grand Ave., Suite 100, Los Angeles, CA 90071-1560; Tel.: (213) 485-1234**

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| California State Courts | December 11, 2017 |
| U.S. District Court - Central District of California | April 1, 2020 |
| U.S. District Court - Northern District of California | February 6, 2020 |
| U.S. Court of Appeals for the 9th Circuit | April 24, 2020 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. **Erika Birch**, a member in good standing of the bar of this court, of the firm of **Strindberg Scholnick Birch Hallam Harstad Thorne**, practices at the following office address and phone number: **1516 W. Hays St., Boise, ID 83702; (208) 336-1788**

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this **8** day of **August**, **2023**.

_[signature]_  /s/ Erika Birch
Applicant  Designee

Signed under penalty of perjury.