5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| IDAHO FEDERATION OF TEACHERS, et al., | ) ) ) | Case No. |
| v. | ) ) | APPLICATION FOR ADMISSION |
| RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al. | ) ) ) ) | PRO HAC VICE |
| | ) | Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho,

Danielle Conley _____, hereby applies for admission pro hac vice to appear and participate

in this case on behalf of _Plaintiffs_____.

The applicant hereby attests as follows:

1. Applicant resides in Washington, D.C. _____, and practices at the following

address and phone number Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304; Tel.: (202) 637-2200

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| New York State Courts | July 26, 2004 |
| U.S. District Court of Columbia | July 21, 2005 |
| District of Columbia Courts | March 5, 2007 |
| U.S. Supreme Court | February 19, 2013 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Erika Birch _____, a member in good standing of the bar of this court, of the firm of

Strindberg Scholnick Birch Hallam Harstad Thorne , practices at the following office address and phone number: 1516 W. Hays St., Boise, ID 83702; (208) 336-1788

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this_ 8 _ day of August ___, 2023 .

_____
Applicant
Signed under penalty of perjury.

/s/ Erika Birch
_____
Designee