5/06
Form: Pro Hac Vice

## IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

IDAHO FEDERATION OF TEACHERS, et al., )
)
v. )  Case No.
)
RAÚL LABRADOR, in his official capacity ) APPLICATION FOR ADMISSION
as Attorney General of the State of Idaho, et ) PRO HAC VICE
al. )
) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, __Samir Deger-Sen__, hereby applies for admission pro hac vice to appear and participate in this case on behalf of __Plaintiffs__.

The applicant hereby attests as follows:

1. Applicant resides in __New York__, and practices at the following address and phone number __Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020__ Tel.: (212) 906-1200

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                                        Dates:
__See Attachment A__                           _____

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. __Erika Birch__, a member in good standing of the bar of this court, of the firm of __Strindberg Scholnick Birch Hallam Harstad Thorne__, practices at the following office address and phone number: __1516 W. Hays St., Boise, ID 83702; (208) 336-1788__

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this __8__ day of __August__, __2023__.

__/s/ S.__                                     /s/ Erika Birch
Applicant                                      Designee

Signed under penalty of perjury.

Attachment A

Application for Admission Pro Hac Vice
for Samir Deger-Sen

| Title of Court | Date of Admission | Good Standing |
|---|---|---|
| U.S. Supreme Court | April 19, 2021 | Yes |
| U.S. District Court of Columbia | March 9, 2018 | Yes |
| District of Columbia Courts | March 9, 2018 | Yes |
| U.S. Court of Appeals for the 1st Circuit | May 30, 2023 | Yes |
| U.S. Court of Appeals for the 2nd Circuit | June 20, 2018 | Yes |
| U.S. Court of Appeals for the 4th Circuit | December 9, 2021 | Yes |
| U.S. Court of Appeals for the 5th Circuit | March 15, 2018 | Yes |
| U.S. Court of Appeals for the 6th Circuit | July 31, 2018 | Yes |
| U.S. Court of Appeals for the 7th Circuit | August 24, 2018 | Yes |
| U.S. Court of Appeals for the 8th Circuit | October 25, 2021 | Yes |
| U.S. Court of Appeals for the 9th Circuit | July 17, 2018 | Yes |
| U.S. Court of Appeals for the 11th Circuit | March 23, 2021 | Yes |
| New York State Courts | August 28, 2020 | Yes |