5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

IDAHO FEDERATION OF TEACHERS, et al., )
v. )
RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al. )

Case No.

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, **Cherish A. Drain**, hereby applies for admission pro hac vice to appear and participate in this case on behalf of **Plaintiffs**.

The applicant hereby attests as follows:

1. Applicant resides in **Washington, D.C.**, and practices at the following address and phone number **Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304; Tel.: (202) 637-2200**

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
See Attachment A

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. **Erika Birch**, a member in good standing of the bar of this court, of the firm of **Strindberg Scholnick Birch Hallam Harstad Thorne**, practices at the following office address and phone number: **1516 W. Hays St., Boise, ID 83702; (208) 336-1788**

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this **8** day of **August**, **2023**.

*Cherish A. Drain*
Applicant

/s/ Erika Birch
Designee

Signed under penalty of perjury.

Attachment A

Application for Admission Pro Hac Vice
for Cherish A. Drain

| Title of Court | Date of Admission | Good Standing |
|---|---|---|
| U.S. Supreme Court | October 3, 2022 | Yes |
| U.S. Court of Appeals for the 3rd Circuit | April 26, 2018 | Yes |
| U.S. Court of Appeals for the 7th Circuit | May 20, 2022 | Yes |
| U.S. Court of Appeals for the 8th Circuit | January 11, 2023 | Yes |
| U.S. Court of Appeals for the 9th Circuit | March 19, 2019 | Yes |
| U.S. Court of Appeals for the 11th Circuit | October 15, 2020 | Yes |
| District of Columbia Courts | December 13, 2019 | Yes |
| Pennsylvania State Courts | December 9, 2016 | Yes |