5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS, et al., <br> v. <br> RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al. | Case No. <br><br> APPLICATION FOR ADMISSION PRO HAC VICE <br><br> Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Marissa Marandola, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Plaintiffs.

The applicant hereby attests as follows:

1. Applicant resides in Boston, MA, and practices at the following address and phone number Latham & Watkins LLP, 200 Clarendon St., Boston, MA 02116 Tel.: (617) 948-6000

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| See Attachment A | |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Erika Birch, a member in good standing of the bar of this court, of the firm of Strindberg Scholnick Birch Hallam Harstad Thorne, practices at the following office address and phone number: 1516 W. Hays St., Boise, ID 83702; (208) 336-1788

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 8 day of August, 2023.

_____     /s/ Erika Birch
Applicant                          Designee

Signed under penalty of perjury.

## Attachment A

## Application for Admission Pro Hac Vice
## for Marissa Marandola

| Title of Court | Date of Admission | Good Standing |
|---|---|---|
| U.S. Supreme Court | March 6, 2023 | Yes |
| District of Columbia | June 9, 2022 | Yes |
| District of Columbia State Courts | September 4, 2020 | Yes |
| U.S. Court of Appeals for the 1st Circuit | May 30, 2023 | Yes |
| U.S. Court of Appeals for the 2nd Circuit | July 14, 2023 | YES |
| U.S. Court of Appeals for the 4th Circuit | November, 30, 2022 | Yes |
| U.S. Court of Appeals for the 5th Circuit | April 10, 2023 | Yes |
| U.S. Court of Appeals for the D.C. Circuit | June 29, 2022 | Yes |
| Massachusetts State Courts | November 21, 2019 | Yes |
| Rhode Island State Court | November 1, 2019 | Yes |