5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

IDAHO FEDERATION OF TEACHERS, et al.,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.

Case No.

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, **Emily True**, hereby applies for admission pro hac vice to appear and participate in this case on behalf of **Plaintiffs**.

The applicant hereby attests as follows:

1. Applicant resides in **New York**, and practices at the following address and phone number **Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020 Tel.: (212) 906-1200**

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| New York State Courts | June 12, 2023 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. **Erika Birch**, a member in good standing of the bar of this court, of the firm of **Strindberg Scholnick Birch Hallam Harstad Thorne**, practices at the following office address and phone number: **1516 W. Hays St., Boise, ID 83702; (208) 336-1788**

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this **8** day of **August**, **2023**.

*/s/ Emily True*
Applicant

/s/ Erika Birch
Designee

Signed under penalty of perjury.