5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS, et al., <br><br> v. <br><br> RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al. | Case No. <br><br> APPLICATION FOR ADMISSION PRO HAC VICE <br><br> Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Margaret Allison Upshaw, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Plaintiffs.

The applicant hereby attests as follows:

1. Applicant resides in Washington, D.C., and practices at the following address and phone number Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304; Tel.: (202) 637-2200

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts: See Attachment A

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Erika Birch, a member in good standing of the bar of this court, of the firm of Strindberg Scholnick Birch Hallam Hartstad Thorne, practices at the following office address and phone number: 1516 W. Hays St., Boise, ID 83702; (208) 336-1788

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 8 day of August, 2023.

_[signature: Margaret Upshaw]_    /s/ Erika Birch
Applicant                         Designee

Signed under penalty of perjury.

## Attachment A

## Application for Admission Pro Hac Vice
## for Margaret Allison Upshaw

| Title of Court | Date of Admission | Good Standing |
|---|---|---|
| U.S. Supreme Court | January 15, 2020 | Yes |
| District of Columbia Courts | January 5, 2018 | Yes |
| U.S. District Court of Columbia | August 5, 2019 | Yes |
| U.S. Court of Federal Claims | May 21, 2020 | Yes |
| U.S. Court of Appeals for the Federal Circuit | May 25, 2023 | Yes |
| U.S. Court of Appeals for the 1st Circuit | October 27, 2017 | Yes |
| U.S. Court of Appeals for the 2nd Circuit | June 5, 2023 | Yes |
| U.S. Court of Appeals for the 4th Circuit | March 6, 2020 | Yes |
| U.S. Court of Appeals for the 7th Circuit | March 11, 2022 | Yes |
| U.S. Court of Appeals for the 9th Circuit | November 14, 2018 | Yes |
| U.S. Court of Appeals for the 11th Circuit | June 1, 2020 | Yes |