RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
*Attorneys for Defendants Raúl Labrador,
Stephen F. Herzog, and Bill Thompson*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al. <br><br> Defendants. | Case No. 1:23-cv-00353-DCN <br><br> **NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Brian V. Church, Deputy Attorney General, hereby appears as attorney of record for Defendants Raúl Labrador, Stephen F. Herzog, and Bill Thompson.  All future pleadings, submissions and correspondence

NOTICE OF APPEARANCE – 1

should be addressed to Brian V. Church as counsel for Defendants Raúl Labrador, Stephen F. Herzog, and Bill Thompson.

DATED: August 16, 2023.

                                    STATE OF IDAHO
                                    OFFICE OF THE ATTORNEY GENERAL

                                    By: /s/ *Brian V. Church*
                                          BRIAN V. CHURCH
                                          Deputy Attorney General

                                          *Counsel for Defendants Raúl Labrador,*
                                          *Stephen F. Herzog, and Bill Thompson*

**CERTIFICATE OF SERVICE**

I Hereby Certify that on August 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Erika Birch
erika@idahojobjustice.com

Samir Deger-Sen
samir.deger-sen@lw.com

Danielle Conley
danielle.conley@lw.com

Margaret A. Upshaw
maggie.upshaw@lw.com

Cherish A. Drain
cherish.drain@lw.com

Peter Trombly
peter.trombly@lw.com

Margaret Babad
molly.babad@lw.com

Scarlet Kim
scarletk@aclu.org

Andrew Beck
abeck@aclu.org

Elizabeth Gyori
egyori@aclu.org

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Amanda Barnett
amanda.barnett@lw.com

Seth Kreimer
skreimer@law.upenn.edu

Emily True
emily.true@lw.com

    /s/ *Brian V. Church*
Brian V. Church
Deputy Attorney General