RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
*Attorneys for Defendants Raúl Labrador,
Stephen F. Herzog, and Bill Thompson*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.<br><br>Defendants. | Case No. 1:23-cv-00353-DCN<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Defendants Raúl Labrador, Bill Thompson, and Stephen F. Herzog, by and through counsel of record, hereby move the Court pursuant to the Federal Rules of Civil Procedure, including Rule 6(b), and Local Civil Rule 6.1, for an extension of time

in which Defendants may respond to Plaintiffs' Complaint (Dkt. 1) and Motion for Preliminary Injunction (Dkt. 2) filed on August 8, 2023.

Defendant Labrador was served on August 10, 2023, thereby making his answer to the complaint and response to the motion for preliminary injunction due August 31, 2023. Counsel for Plaintiffs have indicated that they do not oppose a courtesy extension of 35 days from service, making the new deadline to answer or otherwise respond September 14, 2023. The Office of the Attorney General communicated with the Office of the Ada County Prosecuting Attorney, and Defendant Bennetts also does not oppose this motion for extension of time. Good cause exists for such an extension, as it will allow Defendants Labrador, Thompson, and Herzog to more fully evaluate and answer or otherwise respond to the complaint.

Therefore, the undersigned respectfully requests that this Court grant Defendants Raúl Labrador, Bill Thompson, and Stephen Herzog until September 14, 2023 to respond to the Complaint and Motion for Preliminary Injunction.

DATED: August 16, 2023

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        By: /s/ *Brian V. Church*
            Deputy Attorney General
            *Counsel for Defendants Raúl Labrador,*
            *Stephen F. Herzog, and Bill Thompson*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Erika Birch<br>erika@idahojobjustice.com | Scarlet Kim<br>scarletk@aclu.org |
| Samir Deger-Sen<br>samir.deger-sen@lw.com | Andrew Beck<br>abeck@aclu.org |
| Danielle Conley<br>danielle.conley@lw.com | Elizabeth Gyori<br>egyori@aclu.org |
| Margaret A. Upshaw<br>maggie.upshaw@lw.com | Dina Flores-Brewer<br>dfloresbrewer@acluidaho.org |
| Cherish A. Drain<br>cherish.drain@lw.com | Amanda Barnett<br>amanda.barnett@lw.com |
| Peter Trombly<br>peter.trombly@lw.com | Seth Kreimer<br>skreimer@law.upenn.edu |
| Margaret Babad<br>molly.babad@lw.com | Emily True<br>emily.true@lw.com |

    /s/ *Brian V. Church*
BRIAN V. CHURCH
Deputy Attorney General