**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**DAYTON P. REED**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile:  (208) 287-7719
Idaho State Bar No. 10775
Email: civilpafiles@adacounty.id.gov

*Attorney for Ada County Prosecuting Attorney*
*Jan M. Bennetts*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, et al.,<br><br>            Defendants. | Case No. 1:23-cv-353-DCN<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

     Defendant Jan Bennetts moves for an extension of time to respond to Plaintiffs' Complaint and Motion for Preliminary Injunction (dkts. 1 and 2). Plaintiffs' Counsel indicates that they do not oppose a courtesy extension allowing Jan Bennetts to answer or otherwise respond to both the complaint and the motion for preliminary injunction by September 14, 2023. Jan Bennetts respectfully requests the Court grant this extension.

**DATED** this 21st day of August, 2023.

                                                    **JAN M. BENNETTS**
                                                    Ada County Prosecuting Attorney

                               By:    */s/ Dayton P. Reed*
                                       Dayton P. Reed
                                        Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 21st day of August, 2023, I served a true and correct copy of the foregoing *Unopposed Motion for Extension of Time* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Erika Birch<br>erika@idahojobjustice.com | Scarlet Kim<br>scarletk@aclu.org |
| Samir Deger-Sen<br>samir.deger-sen@lw.com | Andrew Beck<br>abeck@aclu.org |
| Danielle Conley<br>danielle.conley@lw.com | Elizabeth Gyori<br>egyori@aclu.org |
| Margaret A. Upshaw<br>maggie.upshaw@lw.com | Dina Flores-Brewer<br>dfloresbrewer@acluidaho.org |
| Cherish A. Drain<br>cherish.drain@lw.com | Amanda Barnett<br>amanda.barnett@lw.com |
| Peter Trombly<br>peter.trombly@lw.com | Seth Kreimer<br>skreimer@law.upenn.edu |
| Margaret Babad<br>molly.babad@lw.com | Emily True<br>emily.true@lw.com |
| Lincoln Wilson<br>lincoln.wilson@ag.idaho.gov | Brian Church<br>brian.church@ag.idaho.gov |

      AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

      N/A

                                      By:    /s/ Chyvonne Tiedemann
                                                     Legal Assistant