UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.<br><br>　　　　Defendants. | Case No. 1:23-cv-00353-DCN<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

This matter, having come before the Court upon the Defendant Raúl Labrador, Stephen F. Herzog, and Bill Thompson's Unopposed Motion for Extension of Time to respond to the Complaint (Dkt. 1) and Motion for Preliminary Injunction (Dkt. 2), and the Court having reviewed the motion and good cause appearing therefore;

IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Extension of Time (Dkt. 23) is GRANTED. Defendants Labrador, Thompson, and Herzog shall respond to Plaintiffs' Complaint and Motion for Preliminary Injunction on or before September 14, 2023.

DATED: August 21, 2023

_____
David C. Nye
Chief U.S. District Court Judge