UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, et al.,<br><br>     Defendants. | Case No. 1:23-cv-00353-DCN<br><br>**ORDER GRANTING PROSECUTOR BENNETTS' UNOPPOSED MOTION FOR EXTENSION OF TIME (DKT. 25)** |

Pending before the Court is Defendant Jan M. Bennetts' *Unopposed Motion for Extension of Time*, dkt. 25. Having considered the motion, and good cause appearing, the Court grants the motion. Prosecutor Bennetts must answer or otherwise respond to the *Complaint* (dkt. 1) and the *Motion for Preliminary Injunction* (dkt. 2) by September 14, 2023.

DATED: August 22, 2023

_____
David C. Nye
Chief U.S. District Court Judge