RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
*Attorneys for Defendants Raúl Labrador,
Stephen F. Herzog, and Bill Thompson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al. <br><br> Defendants. | Case No. 1:23-cv-00353-DCN <br><br> **DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Defendants Raúl Labrador, Bill Thompson, and Stephen F. Herzog, by and through their counsel of record, and Defendant Jan Bennetts, by and through her counsel of record, hereby move the Court pursuant to the Federal Rules of Civil Procedure, including Rule 6(b), and Local Civil Rule 6.1, for an extension of time in

which Defendants may respond to Plaintiffs' Complaint (Dkt. 1) and Motion for Preliminary Injunction (Dkt. 2) filed on August 8, 2023. Defendants seek an extension until September 28, 2023, to answer or otherwise respond.

This Court granted previous unopposed motions for extension of time, Dkts. 23, 25, 26, 27, extending the time to respond to September 14, 2023. Counsel for Plaintiffs have indicated that they do not oppose a further 14-day extension, extending the time to respond to Thursday, September 28, 2023. Good cause exists for such an extension, as a further extension allows time for the parties to discuss resolving this matter without motion practice.

Therefore, the undersigned respectfully requests that this Court grant Defendants until September 28, 2023, to respond to the Complaint and Motion for Preliminary Injunction.

///

///

///

DATED: September 12, 2023

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Brian V. Church*
    Deputy Attorney General
    *Counsel for Defendants Raúl Labrador, Stephen F. Herzog, and Bill Thompson*

        ADA COUNTY PROSECUTING ATTORNEY

By: /s/ *Dayton P. Reed*
    DAYTON P. REED
    Deputy Prosecuting Attorney
    *Attorney for Jan M. Bennetts, in her official capacity as Ada County Prosecuting Attorney*

**CERTIFICATE OF SERVICE**

I Hereby Certify that on September 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Erika Birch
erika@idahojobjustice.com

Samir Deger-Sen
samir.deger-sen@lw.com

Danielle Conley
danielle.conley@lw.com

Margaret A. Upshaw
maggie.upshaw@lw.com

Cherish A. Drain
cherish.drain@lw.com

Peter Trombly
peter.trombly@lw.com

Margaret Babad
molly.babad@lw.com

Scarlet Kim
scarletk@aclu.org

Andrew Beck
abeck@aclu.org

Elizabeth Gyori
egyori@aclu.org

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Amanda Barnett
amanda.barnett@lw.com

Seth Kreimer
skreimer@law.upenn.edu

Emily True
emily.true@lw.com

       /s/ *Brian V. Church*
      Brian V. Church
      Deputy Attorney General