**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**DAYTON P. REED**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile:  (208) 287-7719
Idaho State Bar No. 10775
Email: civilpafiles@adacounty.id.gov

*Attorney for Ada County Prosecuting Attorney Jan M. Bennetts*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.,<br><br>Defendants. | **Case No. 1:23-cv-353-DCN**<br><br>**ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' MOTION TO DISMISS** |

Ada County Prosecuting Attorney Jan M. Bennetts moves to dismiss Plaintiffs' complaint as against her under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). This motion is supported by the accompanying memorandum.

ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' MOTION TO DISMISS–
PAGE 1

**DATED** this 26th day of October, 2023.

                                        **JAN M. BENNETTS**
                                        Ada County Prosecuting Attorney

                By:    */s/ Dayton P. Reed*
                      Dayton P. Reed
                      Deputy Prosecuting Attorney

ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' MOTION TO DISMISS–
PAGE 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October, 2023, I served a true and correct copy of the foregoing *Ada County Prosecuting Attorney Jan M. Bennetts' Motion to Dismiss* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Alexia D. Korberg
Brad S. Karp
Dana Kennedy
Jackson Cory Yates
Jordan E. Orosz
Paul, Weiss, Rifkind, Wharton & Garrision
akorberg@paulweiss.com
bkarp@paulweiss.com
dkennedy@paulweiss.com
jyates@paulweiss.com
jorosz@paulweiss.com

Casey Parsons
Richard Alan Eppink
Wrest Collective
casey@wrest.coop
ritchie@wrest.coop

Leslie Jill Cooper
Li Nowlin-Sohl
Meredith Taylor Brown
American Civil Liberties Union Foundation
lcooper@aclu.org
lnowlin-sohl@aclu.org
tbrown@aclu.org

Colleen Rosannah Smith
Stris & Maher
csmith@stris.com

Ariella C. Barel
Eric Alan Stone
Kyle N. Bersani
Philip S. May
Groombridge, Wu, Baughman & Stone
ariella.barel@groombridgewu.com
eric.stone@groombridgewu.com
kyle.bersani@groombridgewu.com
philip.may@groombridgewu.com

Dina M. Flores-Brewer
ACLU of Idaho
dfloresbrewer@acluidaho.org

Joshua N. Turner
Brian Church
James E. M. Craig
Rafael J. Droz
Idaho Attorney General's Office
josh.turner@ag.idaho.gov
brian.church@ag.idaho.gov
james.craig@ag.idaho.gov
rafael.droz@ag.idaho.gov

Cortlin H. Lannin
D. Jean Veta
William Isasi
Covington & Burling, LLP
clannin@cov.com
jveta@cov.com
wisasi@cov.com

ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' MOTION TO DISMISS–
PAGE 3

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

N/A

>By: /s/ Chyvonne Tiedemann
> Legal Assistant