**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**DAYTON P. REED**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile:  (208) 287-7719
Idaho State Bar No. 10775
Email: civilpafiles@adacounty.id.gov

*Attorney for Ada County Prosecuting Attorney Jan M. Bennetts*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.,<br><br>                              Defendants. | Case No. 1:23-cv-353-DCN<br><br>**ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' OPPOSITION TO PRELIMINARY INJUNCTION [DKT. 2]** |

Prosecutor Bennetts opposes the motion for preliminary injunction, dkt. 2, for the reasons set forth in Prosecutor Bennetts' Memorandum in Support of Motion to Dismiss, dkt. 38-1, which she incorporates here by reference.

ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' OPPOSITION TO PRELIMINARY INJUNCTION– PAGE 1

**DATED** this 26th day of October, 2023.

                                            **JAN M. BENNETTS**
                                            Ada County Prosecuting Attorney

                           By:    */s/ Dayton P. Reed*
                                       Dayton P. Reed
                                       Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 26th day of October, 2023, I served a true and correct copy of the foregoing *Ada County Prosecuting Attorney Jan M. Bennetts' Opposition to Preliminary Injunction* electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Alexia D. Korberg<br>Brad S. Karp<br>Dana Kennedy<br>Jackson Cory Yates<br>Jordan E. Orosz<br>Paul, Weiss, Rifkind, Wharton & Garrision<br>akorberg@paulweiss.com<br>bkarp@paulweiss.com<br>dkennedy@paulweiss.com<br>jyates@paulweiss.com<br>jorosz@paulweiss.com | Ariella C. Barel<br>Eric Alan Stone<br>Kyle N. Bersani<br>Philip S. May<br>Groombridge, Wu, Baughman & Stone<br>ariella.barel@groombridgewu.com<br>eric.stone@groombridgewu.com<br>kyle.bersani@groombridgewu.com<br>philip.may@groombridgewu.com |
| Casey Parsons<br>Richard Alan Eppink<br>Wrest Collective<br>casey@wrest.coop<br>ritchie@wrest.coop | Dina M. Flores-Brewer<br>ACLU of Idaho<br>dfloresbrewer@acluidaho.org |
| Leslie Jill Cooper<br>Li Nowlin-Sohl<br>Meredith Taylor Brown<br>American Civil Liberties Union Foundation<br>lcooper@aclu.org<br>lnowlin-sohl@aclu.org<br>tbrown@aclu.org | Joshua N. Turner<br>Brian Church<br>James E. M. Craig<br>Rafael J. Droz<br>Idaho Attorney General's Office<br>josh.turner@ag.idaho.gov<br>brian.church@ag.idaho.gov<br>james.craig@ag.idaho.gov<br>rafael.droz@ag.idaho.gov |
| Colleen Rosannah Smith<br>Stris & Maher<br>csmith@stris.com | Cortlin H. Lannin<br>D. Jean Veta<br>William Isasi<br>Covington & Burling, LLP<br>clannin@cov.com<br>jveta@cov.com<br>wisasi@cov.com |

ADA COUNTY PROSECUTING ATTORNEY JAN M. BENNETTS' OPPOSITION TO PRELIMINARY INJUNCTION– PAGE 3

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

N/A

/s/ *Monica Devroude*
Monica Devroude, Legal Assistant