RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Acting Chief of Civil Litigation
and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
*Attorneys for Defendants Raúl Labrador,
Stephen F. Herzog, and Bill Thompson*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et. al.<br><br>Defendants. | Case No. 1:23-cv-00353-DCN<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS AND IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

I, BRIAN V. CHURCH, declare as follows:

　　1.　　I am a Deputy Attorney General for the State of Idaho in the Constitutional Defense and Civil Litigation Division. I am an attorney of record for Defendants Attorney General Labrador, Bannock County Prosecutor Herzog, and Latah County Prosecutor Thompson. I make this declaration on personal knowledge.

2. On September 15, 2023, the Attorney General released Attorney General Opinion No. 23-04, in response to a request for an opinion from Idaho Representative Judy Boyle. A true copy of Opinion No. 23-04 is attached as **Exhibit A** to this declaration.

3. Opinion No. 23-04 addressed the following question:

> Does the language in the No Public Funds for Abortion Act prohibiting the use of public funds to "promote" or "counsel in favor" of abortion prohibit employees of public institutions of higher education from speaking on abortion within the context of academic teaching and scholarship if their speech could be viewed as supporting abortion."

Ex. A at 1.

4. Opinion No. 23-04 provided the following conclusion:

> No. The No Public Funds for Abortion Act comprehensively prohibits the use of public funds to, among other things, "provide, perform, or induce an abortion; assist in the provision or performance of an abortion; promote abortion; counsel in favor of abortion; refer for abortion; or provide facilities for an abortion or for training to provide or perform an abortion." However, under a plain language interpretation of the Act applying appropriate canons of statutory construction, the Act does not prohibit university employees from speaking on abortion in their academic teaching or scholarship, even if that teaching or scholarship could be viewed as supporting abortion or abortion rights in general.

Ex. A at 1.

Under 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

DATED: November 2, 2023.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Brian V. Church*
    BRIAN V. CHURCH
    Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Erika Birch<br>erika@idahojobjustice.com | Scarlet Kim<br>scarletk@aclu.org |
| Samir Deger-Sen<br>samir.deger-sen@lw.com | Andrew Beck<br>abeck@aclu.org |
| Danielle Conley<br>danielle.conley@lw.com | Elizabeth Gyori<br>egyori@aclu.org |
| Margaret A. Upshaw<br>maggie.upshaw@lw.com | Dina Flores-Brewer<br>dfloresbrewer@acluidaho.org |
| Cherish A. Drain<br>cherish.drain@lw.com | Amanda Barnett<br>amanda.barnett@lw.com |
| Peter Trombly<br>peter.trombly@lw.com | Seth Kreimer<br>skreimer@law.upenn.edu |
| Margaret Babad<br>molly.babad@lw.com | Emily True<br>emily.true@lw.com |

                                                                  /s/ *Brian V. Church*
                                                                  BRIAN V. CHURCH
                                                                  Deputy Attorney General