UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS et al.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.,<br><br>   *Defendants*. | Case No. 1:23-cv-00353-DCN<br><br>**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME** |

  Pursuant to Plaintiffs' Consent Motion for Extension of Time, the Court hereby ORDERS that the deadline for Plaintiffs to Reply to Defendant Bennetts' Opposition to Plaintiff's Motion for Preliminary Injunction is moved to **November 16, 2023**.

DATED: November 9, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1