UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FEDERATION OF TEACHERS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00353-DCN<br><br>**JUDGMENT** |

In accordance with the Court's memorandum decision and order entered concurrently herewith, judgment is hereby entered in favor of Defendants and this case is CLOSED.

DATED: July 2, 2024

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT – 1